ROBERT S. REMAR (SBN 100124)
ELEANOR MORTON (SBN 220407)
NICHOLAS WELLINGTON (SBN 226954)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Telephone: (415) 771-6400
Facsimile: (415) 771-7010
E-mail:rremar@leonardcarder.com
       emorton@leonardcarder.com
       nwellington@leonardcarder.com
Attorneys for Plaintiff,
INTERNATIONAL LONGSHORE AND WAREHOUSE UNION

TONY WEST
VIKAS DESAI (NY Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Rm 7206
Washington, DC 20530
Tel: (202) 514-3492
Fax: (202) 616-8470
Email: vikas.desai@usdoj.gov
Attorneys for Defendants,
HILDA SOLIS, U.S. SECRETARY OF LABOR;
RAYMOND M. JEFFERSON, ASSISTANT SECRETARY
FOR THE VETERANS' EMPLOYMENT AND TRAINING
SERVICE; U.S. DEPARTMENT OF LABOR

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Plaintiff,<br><br>v.<br><br>HILDA SOLIS, U.S. SECRETARY OF LABOR; RAYMOND M. JEFFERSON, ASSISTANT SECRETARY FOR THE VETERANS' EMPLOYMENT AND TRAINING SERVICE; and U.S. DEPARTMENT OF LABOR,<br><br>Defendants. | Case No. CV 11-1939 SI<br><br>**JOINT STIPULATION TO ENLARGE TIME FOR RESPONSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS, AND TO CONTINUE HEARING FOR MOTION TO DISMISS** |

On June 24, 2011, Defendants filed a motion with this Court in which they moved to dismiss this action. Defendants noticed a hearing date for this motion of July 29, 2011. Pursuant

to Local Civil Rules 7-3(a) & (c), Plaintiff's response to this motion must be filed by July 8, 2011, and Defendants' reply by July 15, 2011. The parties hereby file a stipulation requesting (1) that the due date for Plaintiff to file a Response be changed to Tuesday, July 19, 2011, (2) that the due date for Defendants to file a Reply be changed to Tuesday, July 26, 2011, (3) that the hearing for the Motion be continued from July 29 to August 19, 2011, and (4) that the Case Management Conference be continued from July 29 to August 19, 2011. As required by Local Civil Rule 6-2 the parties declare the following:

(1) The reason for the requested enlargement of time is the unavailability of Plaintiff's counsel on the days leading up to the date on which the response is currently due and on hearing dates between July 29 and August 19, 2011. The attorney with primary responsibility to litigate this action at Leonard Carder, LLP, representing the Plaintiff, will be absent from work between July 25 and August 5, 2011, on a previously-arranged vacation and will therefore be unable to work or appear on this case in San Francisco between those dates. This attorney also has several court-ordered deadlines in other matters in the intervening weeks. These include a substantive motion briefing deadline of July 8 in *Colaruotolo v. Pacific Maritime Association*, BC415253, Los Angeles Super. Ct., oral argument on another motion in the same case on July 14, and a substantive motion briefing deadline of July 13, 2011, in *Dunakin v. UPS Supply Chain Solutions*, 11-CV-22332, S.D. Florida. The other attorney with responsibility for the instant action has a brief due on July 21, 2011, in a complex, multi-day arbitration (Matter of State Employees Trades Council - United and UCLA, re Karl Chan), and will be out of the country between July 30 and August 14, 2011, on a previously-arranged vacation. Plaintiff's ability to respond adequately to the motion to dismiss will be compromised without the contributions of these attorneys.

(2) There has been one short, previous jointly-stipulated time modification in this case, and it was not related to this Motion.

1  (3) Under the current schedule of this case, any Reply by Defendants in support of their motion would be due by July 15, 2011, which is before Plaintiff's Response would be due. The parties therefore request that the due date of Defendants' Reply be changed to July 26, 2011.

(4) The parties request that the hearing date for the Motion to Dismiss be continued from July 29, 2011, to Friday, August 19, 2011.

(5) The parties request that the hearing date for the Case Management Conference be continued from July 29, 2011, to Friday, August 19, 2011, so as to occur at the same time as the hearing on the Motion to Dismiss.

Respectfully submitted,

DATED: July 6, 2011

LEONARD CARDER, LLP

By: /s/Nicholas Wellington
Nicholas Wellington
Attorneys for Plaintiff
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION

DATED: July 6, 2011

UNITED STATES DEPARTMENT OF JUSTICE

By: /s/Vikas Desai
VIKAS DESAI
Attorneys for Defendants
HILDA SOLIS, U.S. SECRETARY OF LABOR; RAYMOND M. JEFFERSON, ASSISTANT SECRETARY FOR THE VETERANS' EMPLOYMENT AND TRAINING SERVICE; U.S. DEPARTMENT OF LABOR

MOTION CONTINUED TO 8/26/11 @ 9 A.M.

IT IS SO ORDERED
Judge Susan Illston

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169   FAX: (510) 272-0174