IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>        Plaintiff,<br><br>  v.<br><br>HILDA SOLIS, U.S. SECRETARY OF LABOR, *et al.*,<br><br>        Defendants.<br>_____/ | No. C 11-1939 SI<br><br>**JUDGMENT** |

Defendants' motion to dismiss this action has been granted without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 22, 2011

                                                    SUSAN ILLSTON
                                                    United States District Judge